044943/19344/MHW/KEB

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

DANTE BROWN,

                Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
GHALIAH OBAISI, Independent Executor of
the Estate of SALEH OBAISI, RICHARD
ORENSTEN, DDS, DR. MITCHELL, DR.
CRAIG, and DR. JOHN DOE,

                Defendants.

Case Number 1:18-cv-05955

Judge Sharon Johnson Coleman

## NOTICE OF MOTION

To:      See Attached Service List

PLEASE TAKE NOTICE that on **August 15, 2022**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge Sharon Johnson Coleman, **Room 1241**, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, on or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present the attached **DEFENDANTS' SECOND (UNOPPOSED) JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**, a copy of which is herewith served upon you.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC., RICHARD
ORENSTEIN, D.D.S., GHALIAH OBAISI, as
Independent Executor of the Estate of SALEH
OBAISI, M.D., and ESTATE OF FREDERICK
AUSTIN CRAIG, M.D.

By: _/s/ Kathryn E. Boyle_

Kathryn E. Boyle | ARDC No. 6329471
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
kboyle@cassiday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022 I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: <u>August 9, 2022</u>

<u>/s/ *Kathryn E. Boyle*</u>

11149025