**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANTE BROWN., <br><br> Plaintiff, <br><br> vs. <br><br> WEXFORD HEALTH SOURCES, INC. et al, <br><br> Defendants. | Case No. 18-cv-05955 <br><br> Judge Sharon Johnson Coleman |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 28, 2022, at 10:45 a.m. or as soon thereafter as counsel may be heard, Plaintiff shall appear before the Honorable Sharon Johnson Coleman, at 219 South Dearborn Street, Courtroom 1241, Chicago, IL 60604, and shall present **Plaintiff Dante Brown's Unopposed Motion for Leave to File an Omnibus and Oversized Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment**.

Dated:  November 21, 2022               Respectfully submitted

                                        */s/Maura Levine-Patton*
                                        BENESCH, FRIEDLANDER, COPLAN
                                              & ARONOFF LLP
                                        Maura Levine-Patton
                                        71 South Wacker Drive, Suite 1600
                                        Chicago, IL 60606
                                        Tel: 312-212-4949
                                        Fax: 312-767-9192
                                        Email: mlevine-patton@beneschlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022 I electronically filed the foregoing **Notice of Motion** with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

                                                       */s/Maura Levine-Patton*
                                                       Maura Levine-Patton
                                                       *Attorney for Plaintiff Dante Brown*